# EXHIBIT A

Case Number: CACE-26-015413 Division: 21
Filing # 257563392 E-Filed 09/22/2026 11:10:41 AM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR, BROWARD COUNTY, FLORIDA

CASE NO.:

BRETT KAPLAN,

Plaintiff,

vs.

SF MARKETS, LLC d/b/a Sprouts Farmers Market,

Defendant.

_________________________________/

**COMPLAINT**

COMES NOW the Plaintiff, BRETT KAPLAN, (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, sues Defendant, SF MARKETS, LLC, d/b/a Sprouts Farmers Market (hereinafter referred to as "Defendant" or "SPROUTS"), and alleges as follows:

1. This is an action for damages that exceeds Fifty Thousand ($50,000.00) Dollars, exclusive of interests and costs.

2. At all times material hereto, Plaintiff, is and was a resident of Broward County, Florida.

3. At all times material hereto, Defendant, SF MARKETS, LLC., d/b/a Sprouts Farmers Market, was and is an active for profit corporation registered and doing business in the State of Florida.

4. That on or about January 28, 2026, Defendant owned, operated, maintained and/or managed property commonly known as SPROUTS located at 3701 W. Hillsboro Blvd. Suite B, Deerfield Beach, FL.

5. All conditions precedent to filing this lawsuit have occurred, expired, or been waived.

**COUNT I - NEGLIGENCE AGAINST DEFENDANT, SF MARKETS, LLC.**

Plaintiff realleges paragraphs 1 through 5 as if fully set forth herein and further alleges as follows:

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

6. On or about January 28, 2026, Defendant owned, operated, maintained and/or managed property commonly known as SPROUTS, Broward County, Florida (hereinafter "the subject premises").

7. On or about January 28, 2026, Plaintiff was lawfully on the subject premises described above herein as a business invitee.

8. On or about January 28, 2026, Plaintiff was shopping at SPROUTS when she slipped and fell on a liquid substance that appeared to be laundry detergent, which caused her to fall to the ground and sustain serious traumatic bodily injuries.

9. At all times material to this cause of action, Defendant had a non-delegable duty to use reasonable care in the inspection, repair and/or maintenance of the subject premises under their ownership, management, dominion, and/or control, in order to provide for the safety of its invitees, including but not limited to Plaintiff.

10. The Defendant breached its duty to the Plaintiff and was negligent including, but not limited to, the following:

(a) by allowing the dangerous condition to exist on or near the subject premises;

(b) by creating, or allowing dangerous conditions to be created on or near the subject premises;

(c) by failing to warn of such a dangerous condition created or allowed to exist by the negligence of employees, agents, or servants of the Defendant; and

(d) by failing to properly repair, maintain and/or inspect the area where the incident involving Plaintiff occurred

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

11. The dangerous condition was known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

12. Because of the negligence of Defendant and/or its' employees, agents, representatives, or servants, the Plaintiff sustained serious injuries to his body.

13. As a result of Defendant's negligence, the Plaintiff suffered bodily injuries and resulting pain and suffering, disability, physical impairment, disfigurement, inconvenience, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment and loss of ability to perform household services and/or aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff will suffer losses in the future.

WHEREFORE, Plaintiff, BRETT KAPLAN, hereby demands judgment against Defendant, SF MARKET, LLC d/b/a Sprouts Farmers Market., for damages in an amount in excess of Fifty Thousand Dollars and 00/100 Cents ($50,000.00), plus taxable costs and any such other relief the Court may deem just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY.

Dated on this 22nd day of September 2026.

**THE BERMAN LAW GROUP**
*Attorneys for the Plaintiff*
Post Office Box 272789
Boca Raton, Florida 33427
Telephone (561) 826-5200
Facsimile (561) 826-5201

By: */s/ Joseph Schulz*
Joseph C. Schulz, Esq.
Florida Bar No.: 0660620
service@thebermanlawgroup.com

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY